SEYFARTH SHAW LLP
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
Pamela Vartabedian (SBN 251133)
pvartabedian@seyfarth.com
Lilah Wylde (SBN 273035)
lwylde@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

SEYFARTH SHAW LLP
Annette L. Rose (SBN 311274)
arose@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:       (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

FRONTIER LAW CENTER
Manny Starr (319778)
manny@frontierlawcenter.com
Michael Rachmann (309770)
mike@frontierlawcenter.com
23901 Calabasas Road, Suite 1084
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiff
CAROL ANN RUCH
 and

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN RUCH,<br><br>                 Plaintiff,<br><br>         v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100,<br><br>                 Defendants. | Case No. 3:24-cv-05410-TSH (KAW)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER
323877997v.1

Pursuant to the Joint Stipulation to Modify Scheduling Order, the Parties' requests herein are GRANTED as follows:

The following dates in the Scheduling Order be modified as set forth below:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Exchange of Pretrial Disclosures | March 12, 2026 | April 17, 2026 |
| Deadline to File Pretrial Documents | March 26, 2026 | April 27, 2026 |
| Deadlines to File Oppositions to Motions in Limine | April 2, 2026 | May 4, 2026 |
| Pretrial Conference | April 16, 2026 | May 14, 2026 |
| Final Pretrial Conference | May 21, 2026 | May 21, 2026 |
| Jury Trial (Duration to be determined) | June 1, 2026 | June 1, 2026 |

The Parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: March 10, 2026

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER