Manny Starr (319778)
manny@frontierlawcenter.com
Mike Rachmann (309770)
mike@frontierlawcenter.com
**FRONTIER LAW CENTER**
6200 Canoga Ave., Suite 470
Woodland Hills, CA 91367
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Carol Ann Ruch

Pamela Vartabedian (251133)
PVartabedian@seyfarth.com
Annette L. Rose (311274)
arose@seyfarth.com
**SEYFARTH SHAW LLP**
560 Mission Street | Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823

Attorneys for Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN RUCH, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, <br><br> Defendant. | Case No. 3:24-cv-05410-TSH <br><br> **JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CAROL ANN RUCH and Defendant COSTCO WHOLESALE CORPORATION, by and through their undersigned counsel of record, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice, with each party to bear her or its own fees and costs.

DATED: June 12, 2026                                    **FRONTIER LAW CENTER**

*Mike Rachmann*
MIKE RACHMANN
Attorney for Plaintiff

DATED: June 11, 2026                                    **SEYFARTH SHAW LLP**

ANNETTE L. ROSE
Attorney for Defendant

JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)