# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN RUCH,<br><br>     Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100,<br><br>     Defendant. | Case No. 3:24-cv-05410-TSH<br><br>**ORDER** |

The Court has reviewed the Parties' Joint Stipulation requesting to dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court hereby grants the Parties' Joint Stipulation and Request and **ORDERS** as follows:

1. This Action is dismissed with prejudice pursuant to the Parties' Joint Stipulation and Request to dismiss this Action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Each Party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:__June 12, 2026__

_____
The Honorable Judge Thomas S. Hixson